UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BALDOR SPECIALTY FOODS, INC., :
:
                Plaintiff, :
: 22-CV-3482 (JMF)
    -v- :
: ORDER
:
HALE & HEARTY SOUPS LLC et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold the default judgment hearing scheduled in this case by telephone. To ensure that Defendants have notice of the new format, the hearing is hereby ADJOURNED from **July 18, 2022** to **July 26, 2022** at **2:00 p.m.** The parties should comply with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      Plaintiff is directed to serve a copy of this Order on Defendants no later than July 18, 2022, and promptly file proof of service on the docket.

      SO ORDERED.

Dated: July 15, 2022
       New York, New York
                                                                  JESSE M. FURMAN
                                                United States District Judge